**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. ____________** |
| | : | |
| **v.** | : | **18 U.S.C. § 641** |
| | : | **(Theft of Public Money)** |
| **JOHN NOLAN WHITE,** | : | **18 U.S.C. § 981(a)(1)(C),** |
| | : | **28 U.S.C. § 2461(c), and** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |

## INFORMATION

The United States Attorney informs the Court that at all times relevant:

## COUNT ONE

From on or about July 1, 2012, through on or about June 1, 2015, in the District of Columbia, defendant JOHN NOLAN WHITE did knowingly and willfully embezzle, steal, purloin, and convert to his use or the use of another, money of the United States or of any department or agency thereof, in the amount of more than $1,000.

**(Theft of Public Money, in violation of 18 U.S.C. § 641)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $80,870.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).**

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: ______________________
Teresa A. Howie
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202.252.6965
Teresa.Howie@usdoj.gov